# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHRISTOPHER BITTOLA AND
DANNA BITTOLA, INDIVIDUALLY
AND ON BEHALF OF THEIR MINOR
CHILD, ALEXANDER BITTOLA

NO.  2022 CW 0666

VERSUS

NEKITA HARMON, OLD REPUBLIC
INSURANCE COMPANY, GELCO
CORPORATION AND 3M COMPANY

**OCTOBER 6, 2022**

---

In Re:   Nekita Harmon, Denman Tate, Element Fleet Corp., 3M
Company & Old Republic Insurance Company, applying for
rehearing, 22nd Judicial District Court, Parish of St.
Tammany, No. 2018-10797.

---

**BEFORE:   WELCH, THERIOT, AND LANIER, JJ.**

**REHEARING DENIED.**

**JEW**
**MRT**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

Q.Sn

---
DEPUTY CLERK OF COURT
FOR THE COURT